## KEVIN MARSHALL *v.* COMMISSIONER OF CORRECTION
### (AC 30379)

Flynn, C. J., and Bishop and Alvord, Js.

Submitted on briefs January 8—officially released January 26, 2010

Per Curiam. The appeal is dismissed.

## SYLVESTER J. WALDREN *v.* COMMISSIONER OF CORRECTION
### (AC 30273)

DiPentima, Gruendel and Robinson, Js.

Submitted on briefs January 8—officially released January 26, 2010

Per Curiam. The appeal is dismissed.

## BONNIE MACDONALD *v.* RICHARD C. STEWART
### (AC 30774)

Harper, Lavine and Pellegrino, Js.

Argued January 7—officially released January 26, 2010

Per Curiam. The judgment is affirmed.